*Adelbert Moot* and *George F. Brownell* for respondent.

Order affirmed, with costs, on opinion below.
All concur, except GRAY, J., absent.

---

PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL J.
HOWARD, Respondent, *v.* THEODORE ROOSEVELT et al., as
Police Commissioners of the City of New York, Appellants.

*People ex rel. Howard* v. *Roosevelt*, 15 App. Div. 401, affirmed.
(Submitted June 23, 1897; decided October 5, 1897.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered March
10, 1897, which reversed, on certiorari, the determination of
the police commissioners of the city of New York in remov-
ing the relator from the police force and reinstated him in his
office.

*Francis M. Scott* and *Terence Farley* for appellants.

*George H. Bruce* for respondent.

Order affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.